RECEIVED
IN LAKE CHARLES, LA
SEP 1 9 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ROBERT DEGELORMO** | : | DOCKET NO. 04-2163 |
| VS. | : | JUDGE MINALDI |
| **JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY** | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this matter be reversed and remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings in accordance with the report and recommendation.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 15 day of Sept, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE