RECEIVED
IN LAKE CHARLES, LA
FEB 13 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ROBERT DEGELORMO | : | DOCKET NO. 04-2163 |
| VS. | : | JUDGE MINALDI |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

It is ORDERED that plaintiff's motion for attorney's fees is hereby GRANTED, and that fees are awarded in favor of plaintiff in the amount of $ 1,950.00.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 13 day of February, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE